Clarence BARKER, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 44385.

Missouri Court of Appeals,
Western District.

Sept. 24, 1991.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Oct. 29, 1991.

Application to Transfer Denied
Dec. 17, 1991.

David S. Durbin, Appellate Defender,
Jeanne Haas McKenna, Asst. Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson
City, for respondent.

Before SHANGLER, P.J., and BERREY
and HANNA, JJ.

ORDER

PER CURIAM.

Appeal from dismissal of Rule 29.15 postconviction motion for untimely filing.

Judgment affirmed. Rule 84.16(b).